UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

TAFARI ARYANA WHEELER, )
)
      Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:16-CV-225-FL
)
NANCY A. BERRYHILL, )
Acting Commissioner of Social Security, )
)
      Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation entered by the United States Magistrate Judge, to which plaintiff timely filed objections.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 15, 2017, and for the reasons set forth more specifically therein, that plaintiff's motion is denied and defendant's motion is granted.

**This Judgment Filed and Entered on August 15, 2017, and Copies To:**

Jonathan Howell Winstead (via CM/ECF Notice of Electronic Filing)
Stephen F. Dmetruk, Jr. (via CM/ECF Notice of Electronic Filing)


August 15, 2017                             PETER A. MOORE, JR., CLERK
                                                     /s/ Susan W. Tripp
                                                      (By) Susan W. Tripp, Deputy Clerk